United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-14145-ref
Gregory L Knaus                                                             Chapter 13
LeeAnne Knaus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Jul 24, 2018
                              Form ID: 309I           Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2018.
```
db/jdb         Gregory L Knaus,    LeeAnne Knaus,   5040 Faith Circle,    Allentown, PA 18106-9499
tr            +WILLIAM MILLERR,    Interim Chapter 13 Trustee,   2901 St. Lawrence Avenue, Suite 100,
                Reading, PA 19606-2265
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,    Second Floor,   Reading, PA 19601-4300
14126181      +AES/ PHEAA,    POB 61047,   HARRISBURG, PA 17106-1047
14163424      +BB&T Bank,    5700 Hamilton Blvd,    Allentown, PA 18106-9753
14126178       CSC Credit Services,    Box 740040,   Atlanta, GA 30374-0040
14126185       Citibank NY State NA,    PO Box 22828,    Rochester, NY 14692-2828
14126179      +Equifax Information Services LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
14126176      +Experian,   Business Information Services,    475 Anton Blvd.,    Costa Mesa, CA 92626-7037
14126188      +FINANCIAL RECOVERIES,    200 E PARK DR STE 100,   MOUNT LAUREL, NJ 08054-1297
14126200       Rushmore Loan Management Services,    c/o Joshua Isaac Goldman,    KML Law Group, PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14126177       Trans Union,   P.O. Box 1000,   Chester, PA 19022
14126205       Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,   PO Box 55004,
                Irvine, CA 92619-5004
14167231      +Wilmington Savings Fund Society, FSB,    KML Law Group, P.C.,    710 Market Street, Suite 5000,
                Philadelphia, PA 19106-2312
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: glutz@hvmllaw.com Jul 25 2018 02:16:27     GEORGE M. LUTZ,
                Hartman, Valeriano, Magovern & Lutz, PC,   1100 Berkshire Blvd.,   Suite 301,   P.O. Box 5828,
                Wyomissing, PA 19610
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 25 2018 02:16:58      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 25 2018 02:16:51      United States Trustee,
                Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,    Philadelphia, PA 19107-4405
14126183      +EDI: CAPITALONE.COM Jul 25 2018 06:13:00      Capital One Bank,   P.O. Box 71083,
                Charlotte, NC 28272-1083
14126180      +Fax: 602-659-2196 Jul 25 2018 03:36:27     Chex Systems Inc.,    ATTN: Customer Relations,
                7805 Hudson Rd,   Suite 100,   Woodbury, MN 55125-1703
14126184      +EDI: CITICORP.COM Jul 25 2018 06:13:00      Citibank (South Dakota) N.A.,
                701 East 60th Street North,   Sioux Falls, SD 57104-0493
14126186      +EDI: DISCOVERSL.COM Jul 25 2018 06:13:00      Discover Student Loan,   PO Box 30925,
                Salt Lake City, UT 84130-0925
14126187       EDI: ECMC.COM Jul 25 2018 06:13:00     ECMC,   PO Box 16408,   Saint Paul, MN 55116-0408
14126189      +EDI: RMSC.COM Jul 25 2018 06:13:00      GECRB/JC Penney,   POB 960090,   Orlando, FL 32896-0090
14126190       E-mail/Text: bankruptcy.bnc@ditech.com Jul 25 2018 02:16:34     Green Tree Servicing,
                PO Box 6154,   Rapid City, SD 57709-6154
14126191       EDI: IRS.COM Jul 25 2018 06:13:00      Internal Revenue Service,   P.O. Box 7346,
                Philadelphia, PA 19101-7346
14126192       E-mail/Text: bankruptcy@fult.com Jul 25 2018 02:17:13     Lafayette Ambassador Bank,
                P.O. Box 25091,   Lehigh Valley, PA 18002-5091
14126193      +EDI: TSYS2.COM Jul 25 2018 06:13:00      MACYS/DSNB,   PO Box 8218,   Mason, OH 45040-8218
14126194       EDI: NAVIENTFKASMSERV.COM Jul 25 2018 06:13:00      Navient,   P.O. Box 9640,
                Wilkes Barre, PA 18773-9640
14126195       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2018 02:16:46      PA Department of Revenue,
                ATTN: Bankruptcy Division,   Department 280946,   Harrisburg, PA 17128-0946
14126196       EDI: PRA.COM Jul 25 2018 06:13:00      Portfolio Recovery Assoc.,   Riverside Commerce Center,
                120 Corporate Blvd., Ste. 100,   Norfolk, VA 23502-4962
14161296       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2018 02:16:46
                Pennsylvania Department of Revenue,   Bankruptcy Division P O Box 280946,
                Harrisburg PA 17128-0946
14127848       EDI: Q3G.COM Jul 25 2018 06:13:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,   Kirkland, WA 98083-0788
14126197      +EDI: Q3G.COM Jul 25 2018 06:13:00      Quantum3 Group, LLC,   P.O. Box 788,
                Kirkland, WA 98083-0788
14126198      +EDI: Q3G.COM Jul 25 2018 06:13:00      Quantum3 Group, LLC, as agent for,    Comenity Bank,
                P.O. Box 788,   Kirkland, WA 98083-0788
14126199      +EDI: RECOVERYCORP.COM Jul 25 2018 06:13:00      Recovery Mgmt Systems Corp.,
                25 SE 2nd Ave., Ste. 1120,   Miami, FL 33131-1605
14126202       EDI: RMSC.COM Jul 25 2018 06:13:00      Synchrony Bank,   Recovery Management Systems,
                25 SE 2nd Ave, Suite 1120,   Miami, FL 33131-1605
14126991      +EDI: RMSC.COM Jul 25 2018 06:13:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
14126203      +EDI: VERIZONCOMB.COM Jul 25 2018 06:13:00      Verizon,   POB 650584,   Dallas, TX 75265-0584
14126204      +EDI: WFFC.COM Jul 25 2018 06:13:00      Wells Fargo Card Service,   PO Box 14517,
                Des Moines, IA 50306-3517
```

```
District/off: 0313-4          User: Lisa              Page 2 of 2                  Date Rcvd: Jul 24, 2018
                              Form ID: 309I           Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                                    TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +WILLIAM MILLER*R,    Interim Chapter 13 Trustee,    2901 St. Lawrence Avenue, Suite 100,
                 Reading, PA 19606-2265
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
14126182       ##+Best Buy Credit Services,    POB 183195,    Columbus, OH 43218-3195
14126201       ##+Susquehanna Bank,    13511 Label Lane,    Hagerstown, MD 21740-2466
                                                                                          TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2018 at the address(es) listed below:
```
              GEORGE M. LUTZ     on behalf of Debtor Gregory L Knaus glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              GEORGE M. LUTZ     on behalf of Joint Debtor LeeAnne  Knaus glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB, D/B/A
               Christiana Trust, et al. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                                    TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Gregory L Knaus** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx–xx–8475** <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **LeeAnne Knaus** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx–xx–8410** <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Eastern District of Pennsylvania** | | Date case filed for chapter    **13    6/22/18** |
| Case number:    **18–14145–ref** | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                                                                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Gregory L Knaus | LeeAnne Knaus |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5040 Faith Circle <br> Allentown, PA 18106–9499 | 5040 Faith Circle <br> Allentown, PA 18106–9499 |
| 4. | **Debtor's attorney** <br> Name and address | GEORGE M. LUTZ <br> Hartman, Valeriano, Magovern & Lutz, PC <br> 1100 Berkshire Blvd. <br> Suite 301 <br> P.O. Box 5828 <br> Wyomissing, PA 19610 | Contact phone (610) 779–0772 <br><br> Email:  glutz@hvmllaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | WILLIAM MILLER\*R <br> Interim Chapter 13 Trustee <br> 2901 St. Lawrence Avenue, Suite 100 <br> Reading, PA 19606 | Contact phone 610–779–1313 <br><br> Email:  ecfemail@FredReigleCh13.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street <br> Suite 300 <br> Reading, PA 19601 | Hours open: <br> Philadelphia Office –– 8:30 A.M. to 5:00 P.M <br> Reading Office –– 8:00 A.M. to 4:30 P.M. <br><br> Contact phone (610)2085040 <br><br> Date: 7/24/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 21, 2018 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/20/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/31/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/19/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $3,100.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/4/18** at **09:00 AM** , Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |