**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **GREGORY L KNAUS AND LEEANNE KNAUS,** | **Bankruptcy No. 18-14145 REF** |
| Debtors | |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtors' Chapter 13 Plan was served upon the addresses listed below and all parties in interest by way of electronic means on July 3, 2018 and/or via first class mail on August 1, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Gregory L. Knaus and LeeAnne Knaus
5040 Faith Circle
Allentown, PA 18106

                              **Hartman, Valeriano, Magovern & Lutz, P.C.**

            By:    *s/Alyssa J. Merkey*
                    1100 Berkshire Blvd., Suite 301
                    Wyomissing, PA  19610
                    610-779-0772

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 18-14145-ref<br>Eastern District of Pennsylvania<br>Reading<br>Wed Aug  1 11:22:19 EDT 2018 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Reading<br>400 Washington Street<br>Suite 300<br>Reading, PA 19601-3951 |
| AES/ PHEAA<br>POB 61047<br>HARRISBURG, PA 17106-1047 | BB&T Bank<br>5700 Hamilton Blvd<br>Allentown, PA 18106-9753 | Best Buy Credit Services<br>POB 183195<br>Columbus, OH 43218-3195 |
| CSC Credit Services<br>Box 740040<br>Atlanta, GA 30374-0040 | Capital One Bank<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Chex Systems Inc.<br>ATTN: Customer Relations<br>7805 Hudson Rd<br>Suite 100<br>Woodbury, MN 55125-1703 |
| Citibank (South Dakota) N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Citibank NY State NA<br>PO Box 22828<br>Rochester, NY 14692-2828 | Discover Student Loan<br>PO Box 30925<br>Salt Lake City, UT 84130-0925 |
| ECMC<br>PO Box 16408<br>Saint Paul, MN 55116-0408 | Equifax Information Services LLC<br>P.O. Box 740256<br>Atlanta, GA 30374-0256 | Experian<br>Business Information Services<br>475 Anton Blvd.<br>Costa Mesa, CA 92626-7037 |
| FINANCIAL RECOVERIES<br>200 E PARK DR STE 100<br>MOUNT LAUREL, NJ 08054-1297 | GECRB/JC Penney<br>POB 960090<br>Orlando, FL 32896-0090 | (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Lafayette Ambassador Bank<br>P.O. Box 25091<br>Lehigh Valley, PA 18002-5091 | MACYS/DSNB<br>PO Box 8218<br>Mason, OH 45040-8218 |
| Navient<br>P.O. Box 9640<br>Wilkes Barre, PA 18773-9640 | PA Department of Revenue<br>ATTN:  Bankruptcy Division<br>Department 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Department of Revenue<br>Bankruptcy Division P O Box 280946<br>Harrisburg PA  17128-0946 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group, LLC<br>P.O. Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group, LLC, as agent for<br>Comenity Bank<br>P.O. Box 788<br>Kirkland, WA 98083-0788 | Recovery Mgmt Systems Corp.<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL 33131-1605 | Rushmore Loan Management Services<br>c/o Joshua Isaac Goldman<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 |

Susquehanna Bank
13511 Label Lane
Hagerstown, MD 21740-2466

Synchrony Bank
Recovery Management Systems
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

Trans Union
P.O. Box 1000
Chester, PA 19022

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107-4405

Verizon
POB 650584
Dallas, TX 75265-0584

Wells Fargo Card Service
PO Box 14517
Des Moines, IA 50306-3517

Wilmington Savings Fund Society, FSB
KML Law Group, P.C.
710 Market Street, Suite 5000
Philadelphia, PA 19106-2312

Wilmington Savings Fund Society, FSB
c/o Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-5004

GEORGE M. LUTZ
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd.
Suite 301
P.O. Box 5828
Wyomissing, PA 19610-5828

Gregory L Knaus
5040 Faith Circle
Allentown, PA 18106-9499

LeeAnne Knaus
5040 Faith Circle
Allentown, PA 18106-9499

WILLIAM MILLER*R
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606-2265


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Green Tree Servicing
PO Box 6154
Rapid City, SD 57709-6154

Portfolio Recovery Assoc.
Riverside Commerce Center
120 Corporate Blvd., Ste. 100
Norfolk, VA 23502-4962


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Wilmington Savings Fund Society, FSB, D/B/

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    41
Bypassed recipients     2
Total                  43