# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: LeeAnne Knaus<br>Gregory L. Knaus<br>　　　　　　　　　Debtors | Chapter 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>　　　　　　　　　Movant<br>　　　　　v.<br>LeeAnne Knaus<br>Gregory L. Knaus　　Debtors<br>　　　and<br>Scott Waterman<br>　　　　　　　　　Trustee | NO. 18-14145 REF |

## ORDER

AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on December 13, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and its successor in title to proceed with its rights pursuant to its loan documents regarding the premises at 5040 Faith Circle Wescosville, PA 18106.

**Date: April 8, 2019**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

LeeAnne Knaus
5040 Faith Circle
Allentown, PA 18106-9499

Gregory L. Knaus
5040 Faith Circle
Allentown, PA 18106-9499

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

George M. Lutz
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Blvd, Suite 700, P.O. Box 5828
Wyomissing, PA 19610

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532