United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gregory L Knaus  
LeeAnne Knaus  
    Debtors

Case No. 18-14145-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 1      Date Rcvd: Apr 09, 2019  
                       Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2019.  
db/jdb        Gregory L Knaus,    LeeAnne Knaus,    5040 Faith Circle,    Allentown, PA   18106-9499

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2019 03:30:20     Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021

                                                                                                                                    TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2019 at the address(es) listed below:  
         GEORGE M. LUTZ    on behalf of Debtor Gregory L Knaus glutz@hvmllaw.com,   amerkey@hvmllaw.com;r49419@notify.bestcase.com  
         GEORGE M. LUTZ    on behalf of Joint Debtor LeeAnne  Knaus glutz@hvmllaw.com,   amerkey@hvmllaw.com;r49419@notify.bestcase.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, et al. bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, et al. bkgroup@kmllawgroup.com  
         SCOTT    WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM    MILLER*R    on behalf of Trustee WILLIAM    MILLER*R ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com  
                                                                                                                   TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  LeeAnne Knaus<br>　　　　Gregory L. Knaus<br>　　　　　　　　　Debtors | Chapter 13 |
| Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as trustee<br>for Pretium Mortgage Acquisition Trust<br>　　　　　　　　　Movant<br>　　　　　　v.<br>LeeAnne Knaus<br>Gregory L. Knaus　　　Debtors<br>　　　　　and<br>Scott Waterman<br>　　　　　　　　　Trustee | NO. 18-14145 REF |

**ORDER**

AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on December 13, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and its successor in title to proceed with its rights pursuant to its loan documents regarding the premises at 5040 Faith Circle Wescosville, PA 18106.

**Date: April 8, 2019**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

LeeAnne Knaus
5040 Faith Circle
Allentown, PA 18106-9499

Gregory L. Knaus
5040 Faith Circle
Allentown, PA 18106-9499

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

George M. Lutz
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Blvd, Suite 700, P.O. Box 5828
Wyomissing, PA 19610

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532