UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
    GREGORY L. KNAUS                          : Bankruptcy No. 18-14145REF
        and                                    :
    LEE ANNE KNAUS                              :
                                                    :
        Debtor(s)                              : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtors are barred *for 2 years* from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court.

4/18/19

FOR THE COURT

_____
Richard E. Fehling, Chief B. J.

Interested parties:

William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410

George M. Lutz, Esq.
Hartman Valeriano Magovern & Lutz PC
1025 Berkshire Blvd., Suite 700
Wyomissing, PA 19610

Gregory L. and Lee Anne Knaus
5040 Faith Circle
Allentown, PA 18106-9499

David P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107