```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania

In re:                                                  Case No. 18-14145-ref
Gregory L Knaus                                         Chapter 13
LeeAnne Knaus
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0313-4           User: Lisa                  Page 1 of 2                  Date Rcvd: Apr 18, 2019
                               Form ID: pdf900             Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db/jdb         Gregory L Knaus,    LeeAnne Knaus,    5040 Faith Circle,    Allentown, PA 18106-9499
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14126181      +AES/ PHEAA,    POB 61047,    HARRISBURG, PA 17106-1047
14163424      +BB&T Bank,    5700 Hamilton Blvd,    Allentown, PA 18106-9753
14174658       CACH, LLC its successors and assigns as assignee,     of FIA Card Services, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14126178       CSC Credit Services,    Box 740040,    Atlanta, GA 30374-0040
14126184      +Citibank (South Dakota) N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14126185       Citibank NY State NA,    PO Box 22828,    Rochester, NY 14692-2828
14126187       ECMC,    PO Box 16408,    Saint Paul, MN 55116-0408
14126179      +Equifax Information Services LLC,     P.O. Box 740256,    Atlanta, GA 30374-0256
14126176      +Experian,    Business Information Services,    475 Anton Blvd.,    Costa Mesa, CA 92626-7037
14126188      +FINANCIAL RECOVERIES,    200 E PARK DR STE 100,    MOUNT LAUREL, NJ 08054-1297
14308560      +George M. Lutz, Esquire,    Hartman, Valeriano, Magovern & Lutz, P.C,
               1025 Berkshire Blvd., Suite 700,    Wyomissing, PA 19610-1284
14126193      +MACYS/DSNB,    PO Box 8218,    Mason, OH 45040-8218
14187956      +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14126200       Rushmore Loan Management Services,    c/o Joshua Isaac Goldman,    KML Law Group, PC,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14126177      +Trans Union,    P.O. Box 1000,    Chester, PA 19016-1000
14126204      +Wells Fargo Card Service,    PO Box 14517,    Des Moines, IA 50306-3517
14126205       Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,    PO Box 55004,
               Irvine, CA 92619-5004
14167231      +Wilmington Savings Fund Society, FSB,    KML Law Group, P.C.,    710 Market Street, Suite 5000,
               Philadelphia, PA 19106-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 19 2019 02:48:12     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14177449       E-mail/Text: bankruptcy@bbandt.com Apr 19 2019 02:47:28      BB&T,    PO Box 1847,
               Wilson, NC 27894-1847,    Mailcode 100-50-01-51
14126183      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 19 2019 02:50:46      Capital One Bank,
               P.O. Box 71083,    Charlotte, NC 28272-1083
14126180      +Fax: 602-659-2196 Apr 19 2019 11:50:34      Chex Systems Inc.,    ATTN: Customer Relations,
               7805 Hudson Rd,    Suite 100,    Woodbury, MN 55125-1703
14126186      +E-mail/Text: DSLBKYPRO@discover.com Apr 19 2019 02:48:11      Discover Student Loan,
               PO Box 30925,    Salt Lake City, UT 84130-0925
14177186      +E-mail/Text: DSLBKYPRO@discover.com Apr 19 2019 02:48:11      Discover Student Loans,
               PO Box 30925,    Salt Lake City, UT 84130-0925
14126189      +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 02:50:17      GECRB/JC Penney,    POB 960090,
               Orlando, FL 32896-0090
14126190       E-mail/Text: bankruptcy.bnc@ditech.com Apr 19 2019 02:47:28      Green Tree Servicing,
               PO Box 6154,    Rapid City, SD 57709-6154
14126191       E-mail/Text: cio.bncmail@irs.gov Apr 19 2019 02:47:26      Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
14126192       E-mail/Text: bankruptcy@fult.com Apr 19 2019 02:48:45      Lafayette Ambassador Bank,
               P.O. Box 25091,    Lehigh Valley, PA 18002-5091
14188712       E-mail/PDF: pa_dc_claims@navient.com Apr 19 2019 02:50:22      NAVIENT PC TRUST,
               C/O Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
14126194       E-mail/PDF: pa_dc_claims@navient.com Apr 19 2019 02:50:49      Navient,    P.O. Box 9640,
               Wilkes Barre, PA 18773-9640
14126195       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2019 02:47:49      PA Department of Revenue,
               ATTN: Bankruptcy Division,    Department 280946,    Harrisburg, PA 17128-0946
14126196       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 02:51:15
               Portfolio Recovery Assoc.,    Riverside Commerce Center,    120 Corporate Blvd., Ste. 100,
               Norfolk, VA 23502-4962
14182073       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 02:50:48
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14161296       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2019 02:47:49
               Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
               Harrisburg PA 17128-0946
14127848       E-mail/Text: bnc-quantum@quantum3group.com Apr 19 2019 02:47:34
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14126197      +E-mail/Text: bnc-quantum@quantum3group.com Apr 19 2019 02:47:34      Quantum3 Group, LLC,
               P.O. Box 788,    Kirkland, WA 98083-0788
14126198      +E-mail/Text: bnc-quantum@quantum3group.com Apr 19 2019 02:47:34
               Quantum3 Group, LLC, as agent for,    Comenity Bank,    P.O. Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0313-4          User: Lisa              Page 2 of 2                 Date Rcvd: Apr 18, 2019
                              Form ID: pdf900         Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14126199       +E-mail/PDF: rmscedi@recoverycorp.com Apr 19 2019 02:51:15     Recovery Mgmt Systems Corp.,
                 25 SE 2nd Ave., Ste. 1120,   Miami, FL 33131-1605
14126202        E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 02:51:09     Synchrony Bank,
                 Recovery Management Systems,   25 SE 2nd Ave, Suite 1120,   Miami, FL 33131-1605
14126991       +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 02:50:44     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14126203       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 19 2019 02:47:17
                 Verizon,   POB 650584,   Dallas, TX 75265-0584
                                                                                             TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
cr*            +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14126182      ##+Best Buy Credit Services,   POB 183195,   Columbus, OH 43218-3195
14126201      ##+Susquehanna Bank,   13511 Label Lane,   Hagerstown, MD 21740-2466
                                                                                    TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:
```
              GEORGE M. LUTZ    on behalf of Debtor Gregory L Knaus glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              GEORGE M. LUTZ    on behalf of Joint Debtor LeeAnne  Knaus glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A
               Christiana Trust, et al. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A
               Christiana Trust, et al. bkgroup@kmllawgroup.com
              SCOTT   WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
    GREGORY L. KNAUS : Bankruptcy No. 18-14145REF
    and :
    LEE ANNE KNAUS :
:
    Debtor(s) : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtors are barred *for 2 years* from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court.

4/18/19

FOR THE COURT

_____
Richard E. Fehling, Chief B. J.

Interested parties:

William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410

George M. Lutz, Esq.
Hartman Valeriano Magovern & Lutz PC
1025 Berkshire Blvd., Suite 700
Wyomissing, PA 19610

Gregory L. and Lee Anne Knaus
5040 Faith Circle
Allentown, PA 18106-9499

David P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107