**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In re:<br><br>**GREGORY L. AND LEEANNE KNAUS,**<br><br>Debtors | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-14145 REF** |
|---|---|

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtors, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Application for Allowance of Compensation and Reimbursement of Expenses and requests that the court grant the Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date:  May 7, 2019

                                          Respectfully submitted,

                                          **Hartman, Valeriano, Magovern & Lutz, P.C.**

        by:    */s/ George M. Lutz*

                                          George M. Lutz, Esquire
                                          1025 Berkshire Blvd., Suite 700
                                          Wyomissing, PA  19610
                                          Attorney I.D. No. 46437
                                          Phone:  610-779-0772