**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**GREGORY L. AND LEEANNE KNAUS,**<br><br>Debtors | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 18-14145 REF |

**ORDER**

UPON CONSIDERATION of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $5,613.00, of which $1,300.00 was received pre-petition, for reimbursement of actual, necessary fees and expenses in the amount of $124.60.

BY THE COURT:

_____

**Date: May 14, 2019**            **United States Bankruptcy Judge**

*Copies to:*

Office of the United States Trustee
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Blvd., Suite 700
Wyomissing, PA 19610

**All creditors**

Scott F. Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Gregory L. Knaus and LeeAnne Knaus
5040 Faith Circle
Allentown, PA 18106